IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE CARSON and FRANCESCA LoCASTRO, | CIVIL DIVISION |
| Plaintiffs, | No. 2:08-cv-1279 |
| vs. | Honorable Gary L. Lancaster |
| BURGH'S PIZZA & WING PUB, INC. and THOMAS J. DAILY, FRANCIS J. DAILY, and DANIEL E. DAILY, individually; | |
| Defendants. | |

### ORDER OF COURT

It is hereby ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action; that, should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered; and that the Court expressly retain jurisdiction in this matter to consider any issue arising during the arbitration proceedings including, but not limited to, enforcing the Arbitration Agreement and any judgment entered thereon.

BY THE COURT

_____ J.

10/15/09