IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

CATHERINE CARSON and
FRANCESCA LoCASTRO,

        Plaintiffs,

vs.

BURGH'S PIZZA & WING PUB, INC. and
THOMAS J. DAILY, FRANCIS J. DAILY,
and DANIEL E. DAILY, individually;

        Defendants.

CIVIL DIVISION

No. 2:08-cv-1279

Honorable Gary L. Lancaster

## ORDER OF COURT

AND NOW, this 29th day of Jan, 2010, it is hereby ORDERED that Attorney Sally Cimini is appointed as the arbitrator in this matter.

BY THE COURT

_____ J.
Hon Gary L. Lancaster, Chief U.S District Judge

cc: All Coounsel of Record
    Sally Cimini, Esq.