IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE CARSON and<br>FRANCESCA LoCASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>BURGH'S PIZZA & WING PUB, INC. and<br>THOMAS J. DAILY, FRANCIS J. DAILY,<br>and DANIEL E. DAILY, individually;<br><br>Defendants. | CIVIL DIVISION<br><br>No. 2:08-cv-1279<br><br>Honorable Gary L. Lancaster |

## ORDER OF COURT

AND NOW, this 16 day of March, 2011, upon consideration of Plaintiffs' Motion to Appoint Second Arbitrator [document #34], and the Defendants' response thereto, and as the parties were unable to mutually agree upon an arbitrator with experience and expertise in employment discrimination/sexual harassment cases, IT IS HEREBY ORDERED that Patricia Dodge is appointed as the arbitrator in this matter.

BY THE COURT:

_____
Honorable Gary L. Lancaster,
Chief U.S. District Judge